DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LP LAKE WORTH, LLC** d/b/a **SIGNATURE HEALTHCARE OF PALM BEACH,**
Appellant,

v.

**JENNIE MAE STONE,** as Personal Representative of the Estate of
**KENNETH RAY STONE,** and **JENNIE MAE STONE,** Individually,
Appellee.

No. 4D21-1414

[September 30, 2021]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2019-CA-005718-XXXX-MB.

Donna J. Fudge, William Benjamin Broadwater and Frederick Benjamin Bertron of Fudge Broadwater, P.A., St. Petersburg, for appellant.

Marc B. Hernandez and Darla L. Keen of Lytal, Reiter, Smith, Ivey & Fronrath, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***